478 A.2d 82

Commonwealth v. Witherspoon, Appellant.

Submitted November 28, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

478 A.2d 82

Commonwealth v. Wofford, Appellant.

Petition for Allowance of Appeal
Denied Oct. 16, 1984.

Submitted May 18, 1984. Stephen E. Hall, for appellant; Mark W. Richmond, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.